## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Rita King

       Plaintiff,

v.               Case No.: 1:13–cv–01937
                Honorable Elaine E. Bucklo

Glenn Evans, et al.

       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 1, 2017:

  MINUTE entry before the Honorable Elaine E. Bucklo: Ruling on Defendant City of Chicago's Motion for Partial Summary Judgment [251] is reset to 4/10/2017 at 9:30 a.m. Ruling on Defendant City of Chicago's Second Renewed Motion to Bifurcate and Stay Discovery and Trial on Plaintiff's Monell Claim [235] and Individual Defendants' Motion in Support of City of Chicago's Motion to Bi–Furcate the Monell Claim [276] is set to 5/3/2017 at 9:30 a.m. No appearance required on 3/9/2017. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.