**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: King v. Evans et al.          Case Number: 13 CV 1937

An appearance is hereby filed by the undersigned as attorney for:
Officers D T Clifford, R A Sutton, K L Rodgers, Wilfredo Lapitan, Connie Dixon, and Detective Lloyd Gray

Attorney name (type or print):  Anna Walker

Firm:    City of Chicago, Department of Law

Street address:    30 N. LaSalle St., Ste. 900

City/State/Zip:   Chicago, IL 60602

Bar ID Number:  6317226          Telephone Number:   312-742-7030
(See item 3 in instructions)

Email Address: anna.walker@cityofchicago.org

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.    ☐ Retained Counsel
                                                  ☐ Appointed Counsel
                                                  If appointed counsel, are you a
                                                  ☐ Federal Defender
                                                  ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 07/27/17

Attorney signature:    S/ Anna Davis Walker
                      (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015