**EXHIBIT C**

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 168 | **DATE** | 11/5/2007 |
| **CASE TITLE** | Orange vs. Burge, et al. | | |

**DOCKET ENTRY TEXT**

City of Chicago's Second Motion for Continued Protective Order Barring the Deposition of Mayor Daley [Dkt. No. 434] is granted. Consistent with Fed. R. Civ. P. 26(e), this order will remain in effect subject to further order of this court, after a more sufficient showing by plaintiff Orange of specific facts demonstrating the real need for the deposition, that the deposition would serve a useful purpose, and that the deposition would produce information reasonably calculated to lead to the discovery of admissible evidence not obtainable from other sources or through another method of discovery.

■[ For further details see text below.]   Docketing to mail notices.

## STATEMENT

Plaintiff Orange has not made an adequate showing of the real need for the oral deposition of Mayor Daley, who was Cook County States Attorney at the time of the arrest and criminal prosecution of plaintiff Orange, or that such a deposition would provide or likely lead to the discovery of admissible evidence not available from other people or other sources. Specifically, due to the apparently cumulative nature of any evidence that an oral deposition of Mayor Daley would provide, Orange has not shown what useful purpose such a deposition would serve in this litigation. Moreover, no showing has been made by Orange as to what facts or admissible evidence would be obtained from such a deposition that are not obtainable from other sources or through another method of discovery. *Olivieri v. Rodriguez*, 122 F.3d 406, 407 (7th Cir. 1997); *Stagman v. Ryan*, 176 F.3d 986, 994-95 (7th Cir. 1999).

| | Courtroom Deputy Initials: | AMM |
|---|---|---|