IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Rita King, | ) | |
| | ) | |
| | ) | |
| | ) | No. 13-cv-1937 |
| *Plaintiff,* | ) | |
| | ) | Judge Bucklo |
| -*vs*- | ) | |
| | ) | Magistrate Judge Gilbert |
| | ) | |
| Glenn Evans et al., | ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS *IN LIMINE*

Plaintiff Rita King, by counsel, respectfully requests an extension of time to respond to defendants' motions *in limine*.

Grounds for this motion are as follows:

1. Defendants filed 29 motions *in limine* on August 31, 2017. In total, defendants' motions include 48 pages. ECF No. 319.

2. The Court's scheduling order requires plaintiff to respond to these motions by September 11, 2017. ECF No. 303. At the time this order was entered, the Court had set aside September 20, 2017 for a pretrial conference. ECF No. 303.

3. On August 3, 2017, the pretrial conference was moved to October 2, 2017 at the request and by agreement of the parties. ECF No. 312.

4.  Plaintiff requests an enlargement of two weeks to respond to defendants' motions *in limine*. Because of other litigation, including emergency relief in *Hacker v. Dart*, 17 C 4282, and preparing a pretrial order in *Flora v. Dart*, 15 C 1127, counsel for plaintiff has not had adequate time to respond to defendants' motions.

5.  Defendant Evans and the individual defendants do not oppose this motion. Plaintiff did not receive a response from the City of Chicago.

It is therefore respectfully requested that the Court grant an additional two weeks for plaintiff to respond to defendants' motions *in limine* or to September 25, 2017.

>Respectfully submitted,
>
>/s/ Patrick W. Morrissey
>
>Thomas G. Morrissey, Ltd.
>10150 S. Western Ave., Suite Rear
>Chicago, Il. 60643
>(773) 233-7900
>patrickmorrissey1920@gmail.com